AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MOTHER DOE, ON BEHALF OF JOHN DOE AND JANE DOE <br><br> *Plaintiff(s)* <br> v. <br> THE SCHOOL BOARD OF MANATEE COUNTY, FLORIDA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 8:25-cv-01577 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The School Board of Manatee County, Florida
c/o Florida Department of Financial Services
Service of Process
Office of the General Counsel
200 East Gaines Street
Tallahassee, FL 32399-4201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MCSWEENEY LAW FIRM
KRISEL MCSWEENEY, ESQ.
5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
KMCSWEENEY@MCSWEENEYLAWFIRM.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

LisaSilvia

Date: June 20, 2025

*Signature of Clerk or Deputy Clerk*