UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOTHER DOE,

    Plaintiff,

    v.                                             Case No. 8:25-cv-1577-KKM-TGW

SCHOOL BOARD OF MANATEE
COUNTY, FLORIDA,

    Defendant.
_____

## ORDER

With her consent, I transfer this case to the Honorable Charlene Edwards Honeywell under Local Rule 1.07(a). The Clerk is directed to reassign this case to Judge Honeywell for all further proceedings.

**ORDERED** in Tampa, Florida, on June 23, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge